UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:18-cr-00186-LEW |
| | ) (18 U.S.C. § 875(c)) |
| JESUS WELLINGTON KONG | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
(Interstate Threats)

On about November 24, 2018, in the District of Maine and elsewhere, defendant

**JESUS WELLINGTON KONG**

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the defendant, via the internet, made a posting to the Facebook page of Employment Specialists of Maine ("ESM"). ESM is an organization based in Maine that has offices Augusta, Skowhegan, and Auburn. The posting made by the defendant stated the following: "i really want to commit a mass shooting at your central office i will not lie." Later that same day, on his own Facebook page, the defendant wrote: "its better to attack the central office its less secure then the northern office ... sincerely from your favorite war strategist ...".

The defendant thus violated Title 18, United States Code, Section 875(c).

### COUNT TWO
(Interstate Threats)

On about December 3, 2018, in the District of Maine and elsewhere, defendant

**JESUS WELLINGTON KONG**

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the defendant, via the internet, made a posting to the Skowhegan Area High School public Facebook page that stated the following: "Just a fact,,,,, I wouldn't post the military I am joining on facebook,,,because,,,,,i am the man that keeps threatening to shoot up skowhegan area high school and leave a few students in a bloody pool,,,,now and days shooting up a school is really cool,,,,if you ain't shooting up a school you just ain't cool,,,,yup and part of the rules is temporarily shutting down a school,,,,".

The defendant thus violated Title 18, United States Code, Section 875(c).

A TRUE BILL,

Date: December 13, 2018

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

_____
Assistant United States Attorney